



**In the United States District Court
for the Northern District of Texas**

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2013 MAY 20 PM 2:12

DEPUTY CLERK

| | |
|---|---|
| Robert Allan | **Libel of Review** |
| v. | - common law counterclaim in admiralty -<br>- notice lis pendens and -<br>- verified statement of right - |
| Jacob Joseph LEW | Re: God-given unalienable rights in the original estate - Article III; Constitution |

3-13CV1896-P

**Comes now** Robert Allan of the CONLON family making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E(8). Jacob Joseph LEW has been making false claims and this counterclaim and notice lis pendens are now in the "exclusive original cognizance" of the United States through the district court - see the First Judiciary Act of September 24, 1789, Chapter 20, page 77.

**Jurisdiction**: In international law and according to the law of the land, agents of a foreign principal are required to file any pretended claim in the appropriate district court prior to exercising rights to that claim. The district courts have "exclusive original cognizance" of all inland seizures and this includes vessels in rem (Rule C(3)) such as trust organizations and legal names (Robert A. CONLON, ROBERT ALLAN CONLON, Jacob Joseph LEW, Henry Paulson, John Snow etc.)

"...the United States, ... within their respective districts, as well as upon the high seas; (a) saving to suitors, in all cases, the right of a common law remedy, where the common law is competent to give it; and shall also have exclusive original cognizance of all seizures on land,..." *The First Judiciary Act*; September 24, 1789; Chapter 20, page 77. *The Constitution of the United States of America*, Revised and Annotated - Analysis and Interpretation - 1982; Article III, §2, Cl. 1 *Diversity of Citizenship,* U.S. Government Printing Office document 99-16, p. 741.

This fact of protocol - filing a claim in district court according to international law - is beyond dispute and extends into antiquity: "Meanwhile those who seized wreck ashore without a grant from the Crown did so at their peril." *Select Pleas in the Court of Admiralty*, Volume II, A.D. 1547-1602; Introduction - Prohibitions, *Note as to the early Law of Wreck*, Selden Society, p. xl, 1897. Even the IRS recognizes the protocol:

"**Place for filing notice; form**. Place for filing. The notice referred to in subsection (a) shall be filed -- with the clerk of the district court. In the office of the clerk of the United States district court for the judicial district in which the property subject to the lien is situated..." Title 26 U.S.C. §6323.

Jacob Joseph LEW, acting as "City METRO officer – United States Governor for the International Monetary Fund" *city* of Washington, *District* of Columbia is agent of a foreign principal, a "foreign state" defined at Title 28 of the United States Codes §1603, and Title 22 U.S.C. §611 the **Division of enforcement** for the **Department of revenue** (for example C.R.S. §24-1-117 [Colorado]) under principal State Governor in convention with METRO organization a.k.a. *Public Administrative Services Headquarters* (PASHQ - signed for example by Edwin C. Johnson by John T. Bartlett; *The Public Papers and Addresses of Franklin D. Roosevelt, The Year of Crisis 1933* Random House p. 21.) The *Department of Revenue* of course being the execution of bankruptcy proceedings against the citizens of the United States since 1933 currently formed "International Monetary Fund" and "World Bank" etc. - the State, City METRO municipal and police powers under United Nations charter law - protected by the same alleged positive law jural society (international treaty) exemptions home rule (of for example, Article VI and Article XX of the *State of Colorado* Constitution, "**Transfer of government.**")

The district court for the Northern District of Texas has acquired exclusive original cognizance of this counterclaim for the United States because this is a federal question - a Constitutional matter involving a man on the land complaining about theft and kidnap - Title 18 U.S.C. §§ 661 and 1201 respectively and irregular extradition from the asylum state into the United States custody, treason - Constitution, Article III §3 and Title 18 U.S.C. §2381 by an agent of a foreign principal, creating diversity of citizenship - Title 28 U.S.C. §§1331 and 1333 respectively. The presentments (notification) are arbitrary and capricious clearly implying that if Robert Allan fails to comply with the suggested terms there will be "law enforcement" actions by way of inland seizure. Speaking historically, the districts, formed in 1790 for handling the financial obligations of the United States could not come into existence until after formal expression of remedy in the 'saving to suitors' clause (1789) quoted above and codified at Title 28 U.S.C. §1333. The law is paraphrased in the Internal Revenue Codes:

"Form. The form and content of the notice referred to in subsection (a) shall be prescribed by the Secretary. Such notice **shall be valid notwithstanding any other provision of law** regarding the form or content of a notice of lien." Title 26 U.S.C. §6323(F)(3). *emphasis added*

The only excuse for the discretionary authority granted administrative agencies is the judicial oversight demonstrated in this invocation of an Article III court.

**Law of the flag**: Man is created in the image of God and to reduce a man to chattel against the national debt is an affront to God. Exodus 13:16 and Genesis 1:27.

**Cause of action**

Agents of Jacob Joseph LEW have been presuming to bill, harass and badger Robert Allan as though he has been endorsing private credit from the Federal Reserve. This presumption is erroneous and based upon endorsements of private credit from the Federal Reserve that have never been made in good faith. The subjection to Special Drawing Rights (Paper Gold) is one thing but presuming endorsement of fractional lending practiced outside the scope of lawful money is unlawful and such presumption is defeated by law herein, *nunc pro tunc*. See Title 12 U.S.C. §411; Robert Allan is and always would have exercised right to handle lawful money had the option ever been presented in good faith. Any contract based in endorsement is naked and void any consideration; therefore it is invalid. The subject presentment utilized for the claim was regular enough but Robert Allan wishes to invoke judicial review "any other provision of law" and nullify any justification for any further such theft action - manifest in actual or threatened kidnap. The presentment(s) upon which the theft is based has been refused for cause timely (considering preparation of proper remedy) and the red ink original refusal for cause has been returned to Jacob Joseph LEW in his copy of the counterclaim and summons. All other copies and the original counterclaim filed with the court have black ink (copy) refusals for cause on the presentment(s).

**Verified statement of right**

Robert Allan owns his house, all property and land free and clear.

**Stipulation of acceptable answer**

The issue is simple. Agents of a foreign principal are required to file their complaint in the appropriate district court prior to exercising any claim against a man on the land. This is international and common law. Jacob Joseph LEW must directly address the validity of the (telephone) certificate of search that clearly shows there have been no claims filed against "Robert Allan" or any pseudonym through which Robert Allan may be engaged in contract. The court clerk James R. Manspeaker (District of Colorado subsequently replaced by Gregory Langham) obfuscated remedy by denying proper certificates so Jacob Joseph LEW and anyone else for that matter can easily research case history against Robert Allan or any legal name. Jacob Joseph LEW may call (214) 753-2200 to conduct searches and of course the Article III judge can research cases in chambers. It is however reasonable to say that if the

Jacob Joseph LEW is moving on a valid claim and judgment in the district court then the Jacob Joseph LEW knows what case that is.

The United States is not a party in interest to this action. Any registered attorney responding for Jacob Joseph LEW cannot be a citizen of the United States due to the *de jure* Thirteenth Amendment of the Constitution. A certified copy is attached and fully incorporated into this counterclaim. (The federal judge assigned this case is competent to adjudicate under Article III due to "inactive" status with the State Supreme Court attorney register.) Addressing the certificate of search is the only response that will be considered an answer to this counterclaim. Failure to answer will be met with default judgment for Robert Allan according to the notice on the face of the summons.

**Stipulation of remedy**

The recourse sought is immediate exclusive original cognizance of the United States through the district court. This case is repository for evidence for injunctive relief from any future presentments and theft or kidnap actions from *any* foreign agents or principals. Robert Allan's wife, Bernadette Dungo may use this evidence repository for any future refusals for cause as well. Though the theft/kidnap could be justified by notice and sophistry under the color of law of municipal structure, the proceedings have obviously been under the pretended authority of unconscionable contract and the recourse requested is proper. There is no excuse for the arbitrary and capricious attorney actions - **debt action in assumpsit** - that have confronted good men and women since the Banker's Holiday. Roosevelt implemented a "voluntary compliance" national debt (upon the States by Governor's Convention) but utilized the 1917 *Trading with the Enemy Act* to compel citizens of the United States to comply. The substitution of *citizen of the United States* for the German nationals on this land was against *Stoehr v. Wallace*, 255 U.S. 239 (1921) where the Court clearly expresses "The Trading with the Enemy Act, originally and as amended, is strictly a war measure..." - directly citing the Constitution Article I, §8, clause 11. The war on the Great Depression 1) does not count and 2) would only last the duration of the emergency if it did. Presentments will be treated as described by the following example of clerk instruction:

**Robert Allan**
**P.O. Box 211104**
**Bedford, Texas.**
**[76095]**

United States District Court
for the Northern District of Texas
1100 Commerce St., Room 1452
Dallas, Texas.
[75242]

Registered mail # RA XXX XXX XXX US

Dear clerk;

Please file this refusal for cause in the case jacket of Article III case 03-XXXX. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

**Certificate of Mailing**

My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

_________*example*_________________________
Robert Allan

Registered mail # RA XXX XXX XXX US

Presenter's name
Address
Anywhere, State.
[presenter's code]

Jacob Joseph LEW and all principals and agents are hereby properly notified. There is no governmental immunity to cover "law enforcement officers" who choose to interfere with our rights to the land and violators will be arrested by the U.S. Marshal according to Rule C of the *Supplemental Rules for Certain Admiralty and Maritime Claims*. Jacob Joseph LEW and all principals and agents are left with their remedy:

**COURTS OF THE UNITED STATES** ... 136. When a seizure has been voluntarily abandoned, it loses its validity, and no jurisdiction attaches to any court, unless there be a new seizure. 10 Wheat. 325; 1 Mason, 361. *First Judiciary Act*, September 24, 1789. *Bouvier's Law Dictionary* 1856.

Upon offense by hostile presentment after the inevitable default by Jacob Joseph LEW (including all agents, principals and any and all offensive presentments), after fair notice by refusal for cause like the above clerk instruction a certificate of exigent circumstances will be issued pursuant to Rule C(3)(a)(ii)(B) *Arrest Warrant* and the clerk will immediately issue an arrest warrant for Jacob Joseph LEW or named agent or principal to be taken into custody for the violations of law. Presentments of any kind from Jacob Joseph LEW or any agent acting for the bankruptcy of the United States through the District may be considered hostile threat of seizure.

**Stipulation regarding character and residential address**

The use of a residential address is by right. All 'privileges' associated with postal delivery are compensated, usually prepaid in honestly won U.S. currency. Robert Allan is not Pro Se and is not

representing himself. The clerk shall not change the name of this suit on the docket from the name on the filing fee receipt. Robert Allan retains the unalienable right to hold the district court clerk to the obligations to perform of file clerk for the United States working in the United States Courthouse. This includes the expectation that if and when this cause reaches default judgment against the Jacob Joseph LEW, the default judgment will be filed in full cognizance of the United States and will appear on the docket as "Default judgment for the plaintiff." Robert Allan is authorized by fidelity bond to file default judgment in lieu of district court action. Any such judgment will stand on the truth for validity. Any character assassination will activate Instrumentality Rule and pierce the corporate veil of the United States and all agencies. Usage of residential address is non-assumpsit and changes Robert Allan's character not in the least:

> The privilege against self-incrimination is neither accorded to the passive resistant, nor the person who is ignorant of his rights, nor to one indifferent thereto. It is a fighting clause. Its benefits can be retained only by sustained combat. **It cannot be claimed by attorney or solicitor.** It is valid only when insisted upon by a belligerent claimant in person. Quote from federal judge Lee in *United States v. Johnson et al.* No. 11400, Middle District of Pennsylvania, 76 R. Supp. 538; 1947 U.S. Dist. LEXIS 3057, February 26, 1947. *emphasis added*

The highlighted bold sentence in the above quote admonishes against any clerk action that falsely brands Robert Allan Pro Se - to imply that Robert Allan is representing himself before the district court. Robert Allan is responsible asylum state visiting his judiciary under Rule E(8). If an Article I (active attorney) "judge" is assigned this case or the Article III judge chooses to protect the fiduciary interests of the Bank and Fund, to act as an attorney under Article I, maintain silence. The cash filing fee is fully paid in public money and not in private credit (US notes in the form of Federal Reserve notes). The funds were redeemed lawful money according to the US Supreme Court's interpretation of the Congress' definition from **US v Rickman; 638 F.2d 182**

*In the exercise of that power Congress has declared that Federal Reserve Notes are legal tender and are redeemable in lawful money.* And, **US v Ware; 608 F.2d 400**

*United States notes shall be lawful money, and a legal tender in payment of all debts, public and private, within the United States, except for duties on imports and interest on the public debt.*

Any presumptions made about the funds for this filing fee are that Robert Allan has already exercised entitlement to redeem any Federal Reserve Bank notes tendered as legal tender for all debts public and

private. Furthermore any and all funds discussed have been in redemption of Federal Reserve Bank notes, not endorsement thereof:

"BANKRUPTCY. The state or condition of a bankrupt.
2. Bankrupt laws are an encroachment upon the common law. The first in England was …" *Bouvier's Law Dictionary* 1856.

All testimony will be without immunity - **piercing the corporate veil and Instrumentality Rule**. Robert Allan is a man with God-given unalienable rights, one living and regenerate entity of sound mind and body. For some realistic perspective the Credit River Money Decision is attached and fully incorporated into this counterclaim. Jacob Joseph LEW is clearly the debtor and Robert Allan is clearly creditor. Robert Allan is framing the accusation of fraud by omission in that if Robert Allan had known about redeeming lawful money in good faith Robert Allan would have been doing so since Robert Allan's first paycheck ever!

**No magistrates**

No one may handle this case but an Article III judge. The nature of this cause is injunctive relief, albeit preemptive. Title 28 U.S.C. §636(b)(1)(A) cannot ensue, "...except a motion for injunctive relief..."

attachments fully incorporated:

1) Certificate of search on "Robert Allan" from clerk of the district court is exempted due to falsifications by district court clerk James R. Manspeaker on such certificates. Jacob Joseph LEW is provided with information to check for case histories
2) presentment(s) of Form Letters, NOTFLs and NOLs from Jacob Joseph LEW and/or predecessor and agents on or around 09/02/2005, 07/12/2006, ,02/05/2009, 03/18/2009, 03/19/2009, 12/20/2012, 12/29/2010, 06/01/2011, 04/30/2012, 11/09/2012, 05/08/2013 refused for cause. The red ink original refusal is in the counterclaim served upon Jacob Joseph LEW. The original counterclaim filed in the district court has a copy of each refusal
3) A certified copy of Title 12 U.S.C. §411 published at El Paso County Clerk and Recorder Reception #207015932
4) certified copy of the *de jure* Thirteenth Amendment to the Constitution published at El Paso County Clerk and Recorder Reception #95110459
5) certified copy of the Credit River Money Decision published at the El Paso County Clerk and Recorder Reception #203290555
6) if possible a copy of the Withdrawal Slip or Signature Card associated with the US court filing fee has been attached.

P.O. Box 211104
Bedford, T[illegible]6095]

**Addresses**

United States District Court
for the Northern District of Texas
1100 Commerce St., Room 1452
Dallas, Texas.
[75242]
(214) 753-2200

Robert Allan
P.O. Box 211104
Bedford, Texas.
[76095]
(817) 845-2512

Jacob Joseph LEW
1500 Pennsylvania Avenue NE
City of Washington, District of Columbia.
[20220]
(202) 622-2000

1872

Form 668(Y)(c)
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

Area:
SMALL BUSINESS/SELF EMPLOYED AREA #10
Lien Unit Phone: (800) 913-6050

Serial Number 246707105

For Optional Use by Recording Office

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer ROBERT A CONLON

Residence 3425 SCENIC HILLS DR
BEDFORD, TX 76021

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/[illegible]1/1999 | [redacted]-2681 | 0[illegible]/22/2004 | 04/21/2014 | 240.84 |
| 1040 | 12/31/2000 | [redacted]-2681 | 0[illegible]/02/2004 | 09/01/2014 | 48307.60 |

Place of Filing
REAL PROPERTY
TARRANT COUNTY
FORT WORTH, TX, TX 76196

Total $ 48548.44

This notice was prepared and signed at DALLAS, TX, on this,

the 02nd day of September, 2005.

Signature *Susan A. Hanson*
for DEBRA ELDRIDGE

Title
REVENUE OFFICER 30-14-2219
(817) 759-2900

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
Form 668(Y)(c) (NO 60025X)
CAT. NO 60025X

*Refused for Cause*

Form **668-W(ICS)**
(Jan. 2003)

Department of the Treasury – Internal Revenue Service

# Notice of Levy on Wages, Salary, and Other Income

DATE: **07/12/2006**

REPLY TO: **Internal Revenue Service**
**DEBRA ELDRIDGE**
**2601 MEACHAM BLVD., STE 550**
**MC5401NFTW**
**FORT WORTH, TX 76137-4227**

TELEPHONE NUMBER
OF IRS OFFICE: **(817)759-2900x6140**

NAME AND ADDRESS OF TAXPAYER:
**BERNADETTE D CONLON**
**3425 SCENIC HILLS DR**
**BEDFORD, TX 76021**

TO: **SPRINT-UNITED MANAGEMENT CO**
**PO BOX 1160**
**COLUMBUS, OH 43216-1160**

IDENTIFYING NUMBER(S): **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**

CONL

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/2003 | 4277.88 | 530.44 | 4808.32 |
| | | | **Total Amount Due** ⇒ | 4808.32 |

Refused for Cause

We figured the interest and late payment penalty to 08-11-2006

Although we asked you to pay the amount you owe, it is still not paid.

This is your copy of a Notice of Levy we have sent to collect the unpaid amount. We will send other levies if we don't get sufficient funds to pay the total amount you owe.

This levy requires the person who received it to turn over to us: your wages and salary that have been earned but not paid, as well as wages and salary earned in the future until the levy is released; and (2) your other income that the person has now or is obligated to pay you. This money is levied to the extent it isn't exempt, as explained on the back of Part 5 of this form.

If you decide to pay the amount you owe now, please bring a guaranteed payment (*cash, cashier's check, or money order*) to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to United States Treasury. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If you have any questions or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time for us to call you.

**Please see the back of Part 5 for instructions.**

| Signature of Service Representative | Title |
|---|---|
| **/S/ DEBRA ELDRIDGE** | **REVENUE OFFICER** |

1872

Form 668 (Y)(c)
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

Area:
SMALL BUSINESS/SELF EMPLOYED AREA #5
(800) 913-6050

Serial Number
515064509

For Optional Use by Recording Office

- This Notice of Federal Tax Lien has been filed as a matter of public record.
- IRS will continue to charge penalty and interest until you satisfy the amount you owe.
- Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.
- See the back of this page for an explanation of your Administrative Appeal rights.

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

3615

Name of Taxpayer
ROBERT A CONLON

Residence
3425 SCENIC HILLS DR
BEDFORD, TX 76021

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 6702 | 12/31/1999 | XXX-XX-2[illegible]1 | 12/11/2006 | 01/10/2017 | 500.00 |

Refused for Cause

Place of Filing
TARRANT COUNTY
FORT WORTH, TX, TX 76196

Total 500.00

This notice was prepared and signed at NASHVILLE, TN, on this,

the 05th day of February, 2009.

Signature R. A. Mitchell
for DEBRA ELDRIDGE

Title
REVENUE OFFICER 25-03-3419
(817) 232-6489 x6140

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 3 - Taxpayer's Copy

CAT. NO 60025X
Form 668 (Y)(c) (Rev. 02-04)

Form 668-A(ICS) (Rev. July 2002) Department of the Treasury - Internal Revenue Service

# Notice of Levy

DATE: 03/18/2009

REPLY TO: Internal Revenue Service
DEBRA ELDRIDGE
MC 5401 NFTW
5450 STRATUM DR. STE 150
FORT WORTH, TX 76137

TELEPHONE NUMBER OF IRS OFFICE: (817)232-6489

TO: DST SYSTEMS INC
330 W 9TH STREET
KANSAS CITY, MO 64105

NAME AND ADDRESS OF TAXPAYER:
ROBERT A CONLON
3425 SCENIC HILLS DR
BEDFORD, TX 76021

IDENTIFYING NUMBER(S):

CONL

THIS IS NOT A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY WE ARE USING TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/2000 | [illegible]74 | 16108.56 | 47854.30 |
| CIVPEN | 12/31/19[illegible] | 5[illegible]2.00 | 86.12 | 628.12 |
| THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ⇒ | | | Total Amount Due | 48482.42 |

Refused for Cause

We figured the interest and late payment penalty to 04-17-[illegible]

The Internal Revenue Code provides that there is a lien for the amount that is owed. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us this person's property and rights to property *(such as money, credits, and bank deposits)* that you have or which you are already obligated to pay this person. However, don't send us more than the "Total Amount Due."

**Money in banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code <u>must be held for 21 calendar days</u> from the day you receive this levy before you send us the money. Include any interest the person earns during the 21 days. Turn over any other money, property, credits, etc. that you have or are already obligated to pay the taxpayer, when you would have paid it if this person asked for payment.**

Make a reasonable effort to identify all property and rights to property belonging to this person. At a minimum, search your records using the taxpayer's name, address, and identifying number(s) shown on this form. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions. You may not subtract a processing fee from the amount you send us.

**To respond to this levy —**

1. Make your check or money order payable to United States Treasury.
2. Write the taxpayer's name, identifying number(s), kind of tax and tax period shown on this form, and "LEVY PROCEEDS" on your check or money order *(not on a detachable stub.)*.
3. Complete the back of Part 3 of this form and mail it to us with your payment in the enclosed envelope.
4. Keep Part 1 of this form for your records and give the taxpayer Part 2 within 2 days.

If you don't owe any money to the taxpayer, please complete the back of Part 3, and mail that part back to us in the enclosed envelope.

| Signature of Service Representative | Title |
|---|---|
| /S/ DEBRA ELDRIDGE | REVENUE OFFICER |

Form 668-W(ICS)
(Rev. July 2002)

Department of the Treasury – Internal Revenue Service

# Notice of Levy on Wages, Salary, and Other Income

DATE: March 19, 2009

TELEPHONE NUMBER OF IRS OFFICE: 817-232-6489

REPLY TO: Internal Revenue Service
Debra Eldridge
5450 Stratum Dr Ste 150
MC 5401NFTW
Fort Worth, Tx 76137-2748

NAME AND ADDRESS OF TAXPAYER:
Robert A Conlon
3425 Scenic Hills Dr
Bedford, TX 76021

TO: Sprint United Management Co
6391 Sprint Pkwy
Overland Park, KS 66251-610

IDENTIFYING NUMBER(S): 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

ATT Refused for Cause

Comments: By virtue of the taxes assessed against Robert A Conlon, SSN 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, this levy attaches to one-half of the income of Bernadette D Conlon, SSN 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, such one-half being the community property interest of Robert A Conlon.

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/2000 | [illegible]74 | $16,113.65 | $47,859.39 |
| CIVPEN | 12/31/1999 | $542.00 | $ 86.12 | $628.12 |
| | | | Total Amount Due ⇒ | $48,487.51 |

MAR 27 RECD
By

We figured the interest and late payment penalty to 04/18/2009

THIS ISN'T A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.

The Internal Revenue Code provides that there is a lien for the amount shown above. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us: (1) this taxpayer's wages and salary that have been earned but not paid, as well as wages and salary earned in the future until this levy is released, and (2) this taxpayer's other income that you have now or for which you are obligated.

We levy this money to the extent it isn't exempt, as shown in the instructions. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions.

**If you don't owe money to this taxpayer, please call us at the telephone number at the top of this form. Instead of calling us you may complete the back of Part 3, attach it as a cover to the rest of this form, and return all parts to IRS in the enclosed envelope.**

**If you do owe money to this taxpayer, please see the back of this page for instructions on how to act on this notice.**

| Signature of Service Representative: Debra Eldridge | Title: Revenue Officer |
|---|---|

Part 1 — For Employer or other Addressee Catalog No. 35390F www.irs.gov Form 668-W(ICS) (7-2002)

Form 668-W(ICS) (Rev. July 2002)

Department of the Treasury – Internal Revenue Service

# Notice of Levy on Wages, Salary, and Other Income

DATE: March 19, 2009

REPLY TO: Internal Revenue Service
Debra Eldridge
5450 Stratum Dr Ste 150
MC 5401NFTW
Fort Worth, Tx 76137-2748

TELEPHONE NUMBER OF IRS OFFICE: 817-232-6489

A TT

NAME AND ADDRESS OF TAXPAYER:
Robert A Conlon
3425 Scenic Hills Dr
Bedford, TX 76021

TO: Sprint United Management Co
6391 Sprint Pkwy
Overland Park, KS 66251-6100

IDENTIFYING NUMBER(S): 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

Comments: By virtue of the taxes assessed against Robert A Conlon, SSN 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, this levy attaches to one-half of the income of Bernadette D Conlon, SSN 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, such one-half being the community property interest of Robert A Conlon.

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/2000 | [illegible] | $16,113.65 | $47,859.39 |
| CIVPEN | 12/31/1999 | $542.00 | $ 86.12 | $628.12 |
| | | | Total Amount Due ⇒ | $48,487.51 |

Refused for Cause

MAR 27 RECD

We figured the interest and late payment penalty to 04/[illegible]/2009

THIS ISN'T A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.

The Internal Revenue Code provides that there is a lien for the amount shown above. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us: (1) this taxpayer's wages and salary that have been earned but not paid, as well as wages and salary earned in the future until this levy is released, and (2) this taxpayer's other income that you have now or for which you are obligated.

We levy this money to the extent it isn't exempt, as shown in the instructions. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions.

If you don't owe money to this taxpayer, please call us at the telephone number at the top of this form. Instead of calling us you may complete the back of Part 3, attach it as a cover to the rest of this form, and return all parts to IRS in the enclosed envelope.

If you do owe money to this taxpayer, please see the back of this page for instructions on how to act on this notice.

Signature of Service Representative: Debra Eldridge

Title: Revenue Officer



IRS

Department of the Treasury
Internal Revenue Service
PO Box 30396 Mail Stop 822
Memphis, TN 38130-0396

| | |
|---|---|
| Notice | CP22E |
| Tax Year | 2004 |
| Notice date | December 20, 2010 |
| Social Security number | 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 |
| To contact us | Phone 1-800-829-8374 |
| Your Caller ID | 522808 |

Page 1 of 4

078387.803466.0217.005 1 AT 0.357 810

BERNADETTE D CONLON
3425 SCENIC HILLS DR
BEDFORD TX 76021-2821

078387

Refused for Cause

Changes to your 2004 Form 1040A

## Amount due: $9,327.94

As a result of your recent audit, we changed your 2004 Form 1040A. Please see your copy of the audit report for a detailed explanation of the changes.

As a result, you owe $9,327.94.

**Billing Summary**

| | |
|---|---|
| Increase in tax | $14,985.00 |
| Increase in credit for tax withheld | -9,672.00 |
| Increase in failure-to-file penalty | 1,328.00 |
| Increase in interest | 2,686.94 |
| **Amount due by January 10, 2011** | **$9,327.94** |

### What you need to do immediately

**If you agree with the changes we made**

- Pay the amount due of $9,327.94 by January 10, 2011 to avoid additional penalty and interest charges.

IRS

BERNADETTE D CONLON
3425 SCENIC HILLS DR
BEDFORD TX 76021-2821

| | |
|---|---|
| Notice | CP22E |
| Notice date | December 20, 2010 |
| Social Security number | 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 |

## Payment

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2004), and the form number (1040A) on your payment and any correspondence.

| | |
|---|---|
| **Amount due by January 10, 2011** | **$9,327.94** |

INTERNAL REVENUE SERVICE
Cincinnati, OH 45999-0150

ATTACHMENT 1



Department of the Treasury
Internal Revenue Service
PO Box 30396 Mail Stop 822
Memphis, TN 38130-0396

| | |
|---|---|
| Notice | CP22E |
| Tax Year | 2006 |
| Notice date | December 20, 2010 |
| Social Security number | 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 |
| To contact us | Phone 1-800-829-8374 |
| Your Caller ID | 522808 |

Page 1 of 4

078388.803466.0217.005 1 AT 0.357 810

BERNADETTE D CONLON
3425 SCENIC HILLS DR
BEDFORD TX 76021-2821

078388

Refused for Cause

Changes to your 2006 Form 1040A

## Amount due: $2,161.53

As a result of your recent audit, we changed your 2006 Form 1040A. Please see your copy of the audit report for a detailed explanation of the changes.

As a result, you owe $2,161.53.

**Billing Summary**

| | |
|---|---|
| Increase in tax | $11,486.00 |
| Increase in credit for tax withheld | -10,065.00 |
| Increase in failure-to-file penalty | 355.00 |
| Increase in interest | 385.53 |
| **Amount due by January 10, 2011** | **$2,161.53** |

**What you need to do immediately**

**If you agree with the changes we made**

- Pay the amount due of $2,161.53 by January 10, 2011 to avoid additional penalty and interest charges.

---

BERNADETTE D CONLON
3425 SCENIC HILLS DR
BEDFORD TX 76021-2821

| | |
|---|---|
| Notice | CP22E |
| Notice date | December 20, 2010 |
| Social Security number | 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 |

## Payment

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2006), and the form number (1040A) on your payment and any correspondence.

**Amount due by January 10, 2011** | **$2,161.53**

INTERNAL REVENUE SERVICE
Cincinnati, OH 45999-0150







Department of the Treasury
Internal Revenue Service
PO Box 69
Memphis, TN 38101-0069

| Notice | CP71C |
|---|---|
| Tax Year | 2000 |
| Notice date | April 30, 2012 |
| Social Security number | 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 |
| To contact us | Phone 1-800-829-3903 |
| Your Caller ID | 773814 |

108742.961281.0497.008 1 AV 0.350 701

ROBERT A CONLON
3425 SCENIC HILLS DR
BEDFORD TX 76021-2821

108742

Refused for Cause

Reminder of overdue taxes for 2000

## Amount due: $3,485.23

We are required to send you this notice informing you of the amount now due on your 2000 (Form 1040A ) taxes. If you are currently working with us to address the amount you owe, call your IRS representative if you have questions about this notice.

**Billing Summary**

| | |
|---|---|
| Amount you owed | $0.00 |
| Interest charges | 3,485.23 |
| **Amount due by May 21, 2012** | **$3,485.23** |

### What you need to do immediately

**If you're not working with an IRS representative, and you agree with the amount due**

- Pay the amount due of $3,485.23 by May 21, 2012 to avoid additional penalty and interest charges.

Continued on back...

ROBERT A CONLON
3425 SCENIC HILLS DR
BEDFORD TX 76021-2821

| Notice | CP71C |
|---|---|
| Notice date | April 30, 2012 |
| Social Security number | 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 |

## Payment

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2000), and the form number (1040A) on your payment and any correspondence.

**Amount Due By May 21, 2012** | **$3,485.23**

INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-0030

216602681 FQ CONL 30 0 200012 670 00000348523

Form 668 (Y)(c)
(Rev. February 2004)

3592

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

Area:
SMALL BUSINESS/SELF EMPLOYED AREA #5
Lien Unit Phone: (800) 913-6050

Serial Number
790167511

For Optional Use by Recording Office

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer ROBERT A CONLON

Residence 3425 SCENIC HILLS DR
BEDFORD, TX 76021

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2004 | XXX-XX-2681 | 04/19/2011 | 05/19/2021 | 23802.07 |
| 1040 | 12/31/2006 | XXX-XX-2681 | 04/19/2011 | 05/19/2021 | 26342.88 |

Refused for Cause

Place of Filing
TARRANT COUNTY
FORT WORTH, TX, TX 76196

Total $ 50144.95

This notice was prepared and signed at NASHVILLE, TN, on this,

the 01st day of June, 2011.

Signature [signature]
for LYNN PARENT

Title
REVENUE OFFICER 25-03-3477
(281) 721-7704

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

Form 668-W(ICS)
(Rev. July 2002)

Department of the Treasury – Internal Revenue Service

# Notice of Levy on Wages, Salary, and Other Income

DATE: 11/09/2012

REPLY TO: Internal Revenue Service
V. C. SANDLES
4050 ALPHA RD
MAIL STOP 5130DAL
FARMERS BRANCH, TX 75244-4201

TELEPHONE NUMBER OF IRS OFFICE: (972)308-7844

TO: EFH CORPORATE SERVICES COMPANY
ATTENTION: PAYROLL DEPARTMENT
1601 BRYAN ST, FLOOR 2
DALLAS, TX 75201-3430

NAME AND ADDRESS OF TAXPAYER:
BERNADETTE D CONLON
3425 SCENIC HILLS DR
BEDFORD, TX 76021-2821

IDENTIFYING NUMBER(S): 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

CONL

Refused for Cause

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/2004 | $7,695.28 | $1,460.03 | $9,155.31 |
| 1040 | 12/31/2005 | $2,161.53 | $463.52 | $2,625.05 |
| | | | Total Amount Due ⇒ | $11,780.36 |

We figured the interest and late payment penalty to 12/09/2012

Although we asked you to pay the amount you owe, it's still not paid.

This is your copy of a Notice of Levy we have sent to collect the unpaid amount. We will send other levies if we don't get sufficient funds to pay the total amount you owe.

This levy requires the person who received it to turn over to us: your wages and salary that have been earned but not paid, as well as wages and salary earned in the future until the levy is released; and (2) your other income that the person has now or is obligated to pay you. This money is levied to the extent it isn't exempt, as explained on the back of Part 5 of this form.

If you decide to pay the amount you owe now, please bring a guaranteed payment (*cash, cashier's check, or money order*) to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to United States Treasury. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If you have any questions or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time for us to call you.

**Please see the back of Part 5 for instructions.**

| Signature of Service Representative | Title |
|---|---|
| /S/ V. C. SANDLES | REVENUE OFFICER |

**Part 2 –** For Taxpayer Catalog No. 35390F www.irs.gov Form 668-W(ICS) (7-2002)

Form 668-A(ICS)
(Rev. July. 2002)

Department of the Treasury – Internal Revenue Service

# Notice of Levy

DATE: **05/08/2013**

REPLY TO: **Internal Revenue Service**
**V. C. SANDLES**
**4050 ALPHA RD**
**MAIL STOP 5130 NDAL**
**FARMERS BRANCH, TX 75244-4201000**

TELEPHONE NUMBER
OF IRS OFFICE: **(972)308-7844**

NAME AND ADDRESS OF TAXPAYER:
**ROBERT A CONLON**
**3425 SCENIC HILLS DR**
**BEDFORD, TX 76021-2821254**

TO: **FIRST NATIONAL BANK MID CITIES**
**4201 AIRPORT FREEWAY**
**BEDFORD, TX 76095**

IDENTIFYING NUMBER(S): **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**

**CONL**

**THIS IS NOT A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY WE ARE USING TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.**

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/2000 | $0.00 | $3,602.41 | $3,602.41 |
| 1040 | 12/31/2004 | $2[illegible],708.56 | $3,394.27 | $27,102.83 |
| 1040 | 12/31/2006 | [illegible]28,437.50 | $4,414.11 | $32,851.61 |
| THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ⇒ | | | Total Amount Due | $63,556.85 |

Refused for Cause

We figured the interest and late payment penalty to **06/07/2013**

The Internal Revenue Code provides that there is a lien for the amount that is owed. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us this person's property and rights to property *(such as money, credits, and bank deposits)* that you have or which you are already obligated to pay this person. However, don't send us more than the "Total Amount Due."

**Money in banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must be held for 21 calendar days from the day you receive this levy before you send us the money. Include any interest the person earns during the 21 days. Turn over any other money, property, credits, etc. that you have or are already obligated to pay the taxpayer, when you would have paid it if this person asked for payment.**

Make a reasonable effort to identify all property and rights to property belonging to this person. At a minimum, search your records using the taxpayer's name, address, and identifying number*(s)* shown on this form. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions. You may not subtract a processing fee from the amount you send us.

**To respond to this levy —**

1. Make your check or money order payable to **United States Treasury.**
2. Write the taxpayer's name, identifying number*(s)*, kind of tax and tax period shown on this form, and "LEVY PROCEEDS" on your check or money order *(not on a detachable stub.)*.
3. Complete the back of Part 3 of this form and mail it to us with your payment in the enclosed envelope.
4. Keep Part 1 of this form for your records and give the taxpayer Part 2 within 2 days.

If you don't owe any money to the taxpayer, please complete the back of Part 3, and mail that part back to us in the enclosed envelope.

| Signature of Service Representative | Title |
|---|---|
| **V. C. SANDLES** | **REVENUE OFFICER** |

**Part 1 –** For Addressee

Catalog No. 35389E www.irs.gov

Form **668-A(ICS)** (7-2002)

ROBERT C. "BOB" BALINK El Paso County, CO
02/05/2007 10:50:49 AM
Doc $0.00 Page
Rec $6.00 1 of 1
207015932

ABOLITION OF HOME OWNERS' LOAN CORPORATION

For dissolution and abolishment of Home Owners' Loan Corporation, referred to in this section, by act June 30, 1953, ch. 170, § 21, 67 Stat. 126, see note set out under section 1463 of this title.

**§ 395. Federal reserve banks as depositaries, custodians and fiscal agents for Commodity Credit Corporation**

The Federal Reserve banks are authorized to act as depositaries, custodians, and fiscal agents for the Commodity Credit Corporation.

(July 16, 1943, ch. 241, § 3, 57 Stat. 566.)

TRANSFER OF FUNCTIONS

Administration of program of Commodity Credit Corporation transferred to Secretary of Agriculture by Reorg. Plan No. 3 of 1946, § 501, eff. July 16, 1946, 11 F.R. 7877, 60 Stat. 1100. See Appendix to Title 5, Government Organization and Employees.

EXCEPTIONS FROM TRANSFER OF FUNCTIONS

Functions of Corporations of Department of Agriculture, boards of directors and officers of such corporations, Advisory Board of Commodity Credit Corporation, and Farm Credit Administration or any agency, officer or entity of, under, or subject to supervision of Administration were excepted from functions of officers, agencies, and employees transferred to Secretary of Agriculture by Reorg. Plan No. 2 of 1953, § 1, eff. June 4, 1953, 18 F.R. 3219, 67 Stat. 633, set out in the Appendix to Title 5, Government Organization and Employees.

## SUBCHAPTER XII—FEDERAL RESERVE NOTES

**§ 411. Issuance to reserve banks; nature of obligation; redemption**

Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.

(Dec. 23, 1913, ch. 6, § 16 (par.), 38 Stat. 265; Jan. 30, 1934, ch. 6, § 2(b)(1), 48 Stat. 337; Aug. 23, 1935, ch. 614, title II, § 203(a), 49 Stat. 704.)

REFERENCES IN TEXT

Phrase "hereinafter set forth" is from section 16 of the Federal Reserve Act, act Dec. 23, 1913. Reference probably means as set forth in sections 17 et seq. of the Federal Reserve Act. For classification of these sections to the Code, see Tables.

CODIFICATION

Section is comprised of first par. of section 16 of act Dec. 23, 1913. Pars. 2 to 4, 5, and 6, 7, 8 to 11, 13 and 14 of section 16, and pars. 15 to 18 of section 16 as added June 21, 1917, ch. 32, § 8, 40 Stat. 238, are classified to sections 412 to 414, 415, 416, 418 to 421, 360, 248-1, and 467, respectively, of this title.

Par. 12 of section 16, formerly classified to section 422 of this title, was repealed by act June 26, 1934, ch. 756, § 1, 48 Stat. 1225.

AMENDMENTS

1934—Act Jan. 30, 1934, struck out from last sentence provision permitting redemption in gold.

CHANGE OF NAME

Section 203(a) of act Aug. 23, 1935, changed name of Federal Reserve Board to Board of Governors of the Federal Reserve System.

CROSS REFERENCES

Gold coinage discontinued, see section 5112 of Title 31, Money and Finance.

SECTION REFERRED TO IN OTHER SECTIONS

This section is referred to in sections 348, 420, 421, 467 of this title.

**§ 412. Application for notes; collateral required**

Any Federal Reserve bank may make application to the local Federal Reserve agent for such amount of the Federal Reserve notes hereinbefore provided for as it may require. Such application shall be accompanied with a tender to the local Federal Reserve agent of collateral in amount equal to the sum of the Federal Reserve notes thus applied for and issued pursuant to such application. The collateral security thus offered shall be notes, drafts, bills of exchange, or acceptances acquired under the provisions of sections 342 to 347, 347c, 347d, and 372 of this title, or bills of exchange endorsed by a member bank of any Federal Reserve district and purchased under the provisions of sections 348a and 353 to 359 of this title, or bankers' acceptances purchased under the provisions of said sections 348a and 353 to 359 of this title, or gold certificates, or Special Drawing Right certificates, or any obligations which are direct obligations of, or are fully guaranteed as to principal and interest by, the United States or any agency thereof, or assets that Federal Reserve banks may purchase or hold under sections 348a and 353 to 359 of this title. In no event shall such collateral security be less than the amount of Federal Reserve notes applied for. The Federal Reserve agent shall each day notify the Board of Governors of the Federal Reserve System of all issues and withdrawals of Federal Reserve notes to and by the Federal Reserve bank to which he is accredited. The said Board of Governors of the Federal Reserve System may at any time call upon a Federal Reserve bank for additional security to protect the Federal Reserve notes issued to it. Collateral shall not be required for Federal Reserve notes which are held in the vaults of Federal Reserve banks.

(Dec. 23, 1913, ch. 6, § 16 (par.), 38 Stat. 265; Sept. 7, 1916, ch. 461, 39 Stat. 754; June 21, 1917, ch. 32, § 7, 40 Stat. 236; Feb. 27, 1932, ch. 58, § 3, 47 Stat. 57; Feb. 3, 1933, ch. 34, 47 Stat. 794; Jan. 30, 1934, ch. 6, § 2(b)(2), 48 Stat. 338; Mar. 6, 1934, ch. 47, 48 Stat. 398; Aug. 23, 1935, ch. 614, title II, § 203(a), 49 Stat. 704; Mar. 1, 1937, ch. 20, 50 Stat. 23; June 30, 1939, ch. 256, 53 Stat. 991; June 30, 1941, ch. 264, 55 Stat. 395; May 25, 1943, ch. 102, 57 Stat. 85; June 12, 1945,

095110459 95 OCT 13 PM 4:17
BOOK 6744 PAGE 969
EL PASO COUNTY CLERK & RECORDER

TERRITORY 1861

STATE 1876

DEPARTMENT OF PERSONNEL

# DIVISION OF STATE ARCHIVES AND PUBLIC RECORDS

*I Hereby Certify that the annexed copy (or each of the annexed copies) is a true copy of a record in the legal custody of the State Archivist of Colorado, and is filed among the records of*

COLORADO TERRITORY LEGISLATIVE ASSEMBLY, TERRITORY OF COLORADO deposited therein

GENERAL LAWS, JOINT RESOLUTIONS, MEMORIALS, AND PRIVATE ACTS, PASSED AT THE FIRST SESSION OF THE LEGISLATIVE ASSEMBLY, DENVER, COLORADO TERRITORY, SEPTEMBER 9, 1861.

TITLE PAGE, PAGES 20, 21, 2 [SIC], AND 35.
TOTAL 5 PAGES.

STATE ARCHIVIST OF COLORADO

OCTOBER 4, 1995
DATE

Office of County Clerk and Recorder
El Paso County, State of Colorado
Certified to be a full, true and Correct
Copy of record in my Office.
095110459 Book — Page —
Date 3-8-13
Wayne W. Williams
County Clerk & Recorder
El Paso County, Colorado
By: Yvette Briggs Deputy

PAGE 6744 970

# GENERAL LAWS, JOINT RESOLUTIONS, MEMORIALS

AND PRIVATE ACTS,

PASSED AT THE FIRST SESSION

OF THE

# LEGISLATIVE ASSEMBLY

OF THE

# TERRITORY OF COLORADO,

BEGUN AND HELD AT

DENVER, COLORADO TER., SEPT. 9th, 1861.

TOGETHER WITH

THE DECLARATION OF INDEPENDENCE,

THE CONSTITUTION OF THE UNITED STATES,

AND THE

ORGANIC ACT OF THE TERRITORY.

PUBLISHED BY AUTHORITY.

DENVER:
THOS. GIBSON, COLORADO REPUBLICAN AND HERALD OFFICE.
1861.

BRARY
COURT
AL DISTRICT

BOOK 6744 PAGE 971

LAW LIBRARY
DISTRICT COURT
SECOND JUDICIAL DISTRICT

# AMENDMENTS TO THE CONSTITUTION.

## ARTICLE I.

*The free exercise of religion, freedom of speech, of the press, of the right to peaceably assemble and to petition, guaranteed to the people.*

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble and petition the government for a redress of grievances.

## ARTICLE II.

*Right to bear arms*

A well regulated militia being necessary to the security of a free State, the right of the people to keep and bear arms shall not be infringed.

## ARTICLE III.

*Of quartering soldiers in time of peace.*

No soldier shall, in time of peace, be quartered in any house without the consent of the owner; nor in time of war, but in a manner to be prescribed by law.

## ARTICLE IV.

*No search warrant to issue except on oath.*

The right of the people to be secure in their persons, houses, papers and effects, against unreasonable searches and seizures, shall not be violated, and no warrant shall issue but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

## ARTICLE V.

*Capital and infamous crimes—proceedings.*

No person shall be held to answer for a capital or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service, in time of war or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled, in any criminal case, to be a witness against himself; nor be deprived of life, liberty or property, without due process of law; nor shall private property be taken for public use without just compensation.

## ARTICLE VI.

*Right of the accused in criminal cases.*

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial

AMENDMENTS TO

jury of the State and district wh[...] have been committed, which d[...] previously ascertained by law, a[...] the nature and cause of the [...] fronted with the witnesses aga[...] pulsory process for obtaining v[...] and to have the assistance of c[...]

ARTICLE V[...]

In suits at common law, whe[...] versy, shall exceed twenty dolla[...] jury shall be preserved; and n[...] shall be otherwise re-examined [...] United States, than according t[...] mon law.

ARTICLE V[...]

Excessive bail shall not be r[...] fines imposed, nor cruel and un[...] flicted.

ARTICLE

The enumeration in the constit[...] shall not be construed to deny [...] tained by the people.

ARTICLE [...]

The powers not delegated to [...] the constitution, nor prohibited [...] are reserved to the States respect[...]

ARTICLE [...]

The judicial power of the Un[...] construed to [...] menced or prose[...] by citizens of an[...] of any foreign Sta[...]

ARTICLE X[...]

1. The electors shall [...] and vote by ballot for [...] one of whom, at least, shall not [...] same State as themselves; they [...] ballots the person voted for as [...] tinct ballots the person voted f[...] and they shall make distinct lists [...] for as President, and of all pers[...] President, and of the number of [...] lists they shall sign and certify, a[...]

BOOK 7294 PAGE 972

TITUTION.

ing an establish-
ce exercise there-
, or of the press;
to assemble and
of grievances.

ssary to the secu-
eople to keep and

e, be quartered in
he owner; nor in
prescribed by law.

cure in their per-
ainst unreasonable
e violated, and no
le cause, supported
larly describing the
ons or things to be

wer for a capital or
n a presentment or
t in cases arising in
militia, when in ac-
lic danger; nor shall
e offence to be twice
r shall be compelled,
ess against himself;
r property, without
ate property be taken
ensation.

I.

e accused shall enjoy
trial, by an impartial

jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation: to be confronted with the witnesses against him, to have compulsory process for obtaining witnesses in his favor; and to have the assistance of counsel for his defence.

## ARTICLE VII.

Trial by jury preserved.

In suits at common law, where the value in controversy, shall exceed twenty dollars, the right of trial by jury shall be preserved; and no fact tried by a jury shall be otherwise re-examined in any court of the United States, than according to the rules of the common law.

## ARTICLE VIII.

Bail and fines.

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

## ARTICLE IX.

Construction of powers delegated.

The enumeration in the constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

## ARTICLE X.

Powers.

The powers not delegated to the United States by the constitution, nor prohibited by it to these States, are reserved to the States respectively, or to the people.

## ARTICLE XI.

Restraint of judicial power.

The judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by citizens of another State, or by citizens or subjects of any foreign State.

## ARTICLE XII.

Mode of electing President and Vice President.

1. The electors shall meet in their respective States and vote by ballot for President and Vice President, one of whom, at least, shall not be an inhabitant of the same State as themselves; they shall name in their ballots the person voted for as President, and in distinct ballots the person voted for as Vice President; and they shall make distinct lists of all persons voted for as President, and of all persons voted for as Vice President, and of the number of votes for each, which lists they shall sign and certify, and transmit sealed to

the seat of government of the United States, directed to the President of the Senate; the President of the Senate shall, in the presence of the Senate and House *of Representatives, open all the certificates, and the* votes shall then be counted; the person having the greatest number of votes for President, shall be the President, if such number be a majority of the whole number of electors appointed: and if no person have such majority, then from the persons having the highest numbers, not exceeding three, on the list of those voted *for as* President, the *House of* Representatives shall choose immediately, by ballot, the President. But in choosing the President, the votes shall be taken by States, the representation from each State having one vote; a quorum for this purpose shall consist of a member or members from two-thirds of the States, and a majority of all the States shall be necessary to a choice. And *if the House of Representatives shall not choose* a President whenever the right of choice shall devolve upon them, before the fourth day of March following, then the Vice President shall act as President, as in the case of the death or other constitutional disability of the President.

Of the Vice President.

2. The person having the greatest number of votes as Vice President, shall be Vice President, if such number be a majority of the whole number of electors appointed; and if no person have a majority, then from the two highest numbers in the list, the Senate shall choose the Vice President: a quorum for the purpose shall consist of two-thirds of the whole number of Senators, and a majority of the whole number shall be necessary to a choice.

3. But no person constitutionally ineligible to the office of President, shall be eligible to that of Vice President of the United States.

## ARTICLE XIII.

In what cases persons forfeit their citizenship.

*If any citizen of the United States shall accept, claim,* receive or retain any title of nobility or honor, or shall, without the consent of Congress, accept and retain any present, pension, office or emolument of any kind whatever, from any emperor, king, prince, or foreign power, such person shall cease to be a citizen of the United States, and shall be incapable of holding any office of trust or profit under them, or either of them.

[NOTE.—The 11th article of the amendments to the Constitution was proposed at the second session of the third Congress; the 12th article, at the first session of the eighth Congress; and the 13th article, at the second session of the eleventh Congress.]

been made for the violation of the first section of this act, can establish by good and competent witnesses that spirituous liquors or wine were obtained from him deceitfully, [illegible] who did not wear, at the time of obtaining such [illegible] liquors or wine, the uniform or other badge [illegible] distinguish him from a civilian, and that [illegible] know such person to be a soldier, such [illegible] complained against shall not be liable for the [illegible] enumerated in this act.

*Person selling not liable if obtained deceitfully.*

[illegible] This act shall take effect and be in force from [illegible]

Approved, September 28th, 1861.

---

## AN ACT

### Adopting the Common Law of England.

*Be it enacted by the Council and House of Representatives of Colorado Territory:*

SECTION 1. That the Common Law of England, so far as the same is applicable and of a general nature, and all acts and statutes of the British Parliament, made in aid of or to supply the defects of the Common Law, prior to the fourth year of James the First, (excepting the second section of the sixth chapter of forty-third Elizabeth, the eighth chapter of thirteenth Elizabeth, and ninth chapter of thirty-seventh Henry Eighth,) and which are of a general nature, and not local to that Kingdom, shall be the rule of decision, and shall be considered as of full force until repealed by legislative authority.

*English common law adopted.*

*Exceptions.*

SEC. 2. This act shall be in force from and after its passage.

Approved, October 11th, 1861

---

## AN ACT

### To organize the Militia.

*Be it enacted by the Council and House of Representatives of Colorado Territory:*

SECTION 1. Every able bodied male citizen of Colorado between the ages of eighteen and forty-five years, except those who are by this act exempt therefrom, shall be subject and liable to perform military duty as a soldier, to uphold the constitution and laws of the United States and the Organic Act and laws of this Territory, according to the terms and provisions of this act. And every citizen above forty-five years of age

*Who liable for service.*

lawful for the clerk
until the following
y two o'clock in the
'awful for said clerk
f the ensuing week,
ses, and recognized
me; and in case of
s, actions, motions,
continued over until
all jurors, witnesses
ader the same obli-
pon such adjourned
: day first appointed.
and be in force from

Liquors to Soldiers.
use of Representatives

hall sell, exchange,
ious liquors or wine
tates serving within
uch supplies as may
United States army
partment, such per-
ie district court of
urt of this Territory
risoned for a period
all forfeit and pay
schools, a sum not
tion of such person
risoned for a period
and pay for the use
sum not exceeding

een mustered into
ff the uniform and
d designated for
eceive, shall obtain
any other person, i
ill, or any police
on complaint being
ed such person, and
nding officer of the
pply for his defense
iom complaint has

BOOK 6744 PA 97

Robert C. Balink El Paso Cty, CO 203290555
12/18/2003 02:32
Doc $0.00 Page
Rec $20.00 1 of 4

STATE OF MINNESOTA

COUNTY OF SCOTT

IN JUSTICE COURT

TOWNSHIP OF CREDIT RIVER
MARTIN V. MAHONEY, JUSTICE

First National Bank of Montgomery,

Plaintiff,

vs.

JUDGMENT AND DECREE

Jerome Daly,

Defendant.

The above entitled action came on before the Court and a Jury of 12 on December 7,1968 at 10:00 A.M. Plaintiff appeared by its President Lawrence V. Morgan and was represented by its Counsel Theodore R. Mellby. Defendant appeared on his own behalf.

A Jury of Talesmen were called, impanneled and sworn to try the issues in this Case. Lawrence V. Morgan was the only witness called for Plaintiff and Defendant testified as the only witness in his own behalf.

Plaintiff brought this as a Common Law action for the recovery of the possession of Lot 19, Fairview Beach, Scott County,Minn. Plaintiff claimed title to the Real Property in question by foreclosure of a Note and Mortgage Deed dated May 8,1964 which Plaintiff claimed was in default at the time foreclosure proceedings were started.

Defendant appeared and answered that the Plaintiff created the money and credit upon its own books by bookeeping entry as the consideration for the Note and Mortgage of May 8,1964 and alleged failure of consideration for the Mortgage Deed and alleged that the Sheriff's sale passed no title to Plaintiff.

The issues tried to the Jury were whether there was a lawful consideration and whether Defendant had waived his rights to complain about the consideration having paid on the Note for almost 3 years.

Mr. Morgan admitted that all of the money or credit which was used as a consideration was created upon their books, that this was standard banking practice exercised by their bank in combination with the Federal Reserve Bank of Minneapolis, another private Bank, further that he knew of no United States Statute or Law that gave the Plaintiff the authority to do this. Plaintiff further claimed that Defendant by using the ledger book created credit and by paying

STATE OF MINNESOTA, COUNTY OF SCOTT
GREGORY M. ESS
Court Administrator
12-5-03 By Audrey K. Brown

Office of County Clerk and Recorder
El Paso County, State of Colorado
Certified to be a full, true and Correct
Copy of record in my Office.
203290555 Book Page
Date 3-28-13
Wayne W. Williams
County Clerk & Recorder
El Paso County, Colorado
Yvette Briggs

on the Note and Mortgage waived any right to complain about the Consideration and that Defendant was estopped from doing so.

At 12:15 on December 7,1968 the Jury returned a unaminous verdict for the Defendant.

Now therefore, by virtue of the authority vested in me pursuant to the Declaration of Independence, the Northwest Ordinance of 1787, the Constitution of the United States and the Constitution and laws of the State of Minnesota not inconsistent therewith;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That Plaintiff is not entitled to recover the possession of Lot 19, Fairview Beach, Scott County, Minnesota according to the Plat thereof on file in the Register of Deeds office.

2. That because of failure of a lawful consideration the Note and Mortgage dated May 8,1964 are null and void.

3. That the Sheriff's sale of the above described premises held on June 26,1967 is null and void, of no effect.

4. That Plaintiff has no right, title or interest in said premises or lien thereon, as is above described.

5. That any provision in the Minnesota Constitution and any Minnesota Statute limiting the Jurisdiction of this Court is repugnant to the Constitution of the United States and to the Bill of Rights of the Minnesota Constitution and is null and void and that this Court has Jurisdiction to render complete Justice in this Cause.

6. That Defendant is awarded costs in the sum of $75.00 and execution is hereby issued therefore.

7. A 10 day stay is granted.

8. The following memorandum and any supplemental memorandum made and filed by this Court in support of this Judgment is hereby made a part hereof by reference.

BY THE COURT

Dated December 9,1968

MARTIN V. MAHONEY
JUSTICE OF THE PEACE
CREDIT RIVER TOWNSHIP
SCOTT COUNTY, MINNESOTA

MEMORANDUM

The issues in this case were simple. There was no material dispute on the facts for the Jury to resolve.

Plaintiff admitted that it, in combination with the Federal Reserve Bank of Minneapolis, which are for all practical purposes, because of there interlocking activity and practices, and both being Banking Instutions Incorporated under the Laws of the United States, are in the Law to be treated as one and the same Bank, did create the entire $14,000.00 in money or credit upon its own books by bookeeping entry. That this was the Consideration used to support the Note dated May 8,1964 andthe Mortgage of the same date. The money and credit first came into existance when they created it. Mr. Morgan admitted that no United States Law or Statute existed which gave him the right to do this. A lawful consideration must exist and be tendered to support the Note. See Anheuser-Busch Brewing Co. v. Emma Mason, 44 Minn. 318, 46 N.W. 558. The Jury found there was no lawful consideration and I agree. Only God can created something of value out of nothing.

Even if Defendant could be charged with waiver or estoppel as a matter of Law this is no defense to the Plaintiff. The Law leaves wrongdoers where it finds them. See sections 50, 51 and 52 of Am Jur 2d "Actions" on page 584 -"no action will lie to recover on a claim based upon, or in any manner depending upon, a fraudulent, illegal, or immoral transaction or contract to which Plaintiff was a party.

Plaintiff's act of creating credit is not authorized by the Constitution and Laws of the United States, is unconstitutional and void, and is not a lawful consideration in the eyes of the Law to support any thing or upon which any lawful rights can be built.

Nothing in the Constitution of the United States limits the Jurisdiction of this Court, which is one of original Jurisdiction with right of trial by Jury guaranteed. This is a Common Law Action. Minnesota cannot limit or impair the power of this Court to render Complete Justice between the parties. Any provisions in the Constitution and laws of Minnesota which attempt to do so ~~are~~ repugnant to the

Constitution of the United States and ~~are~~ void. No question as to the Jurisdiction of this Court was raised by either party at the trial. Both parties were given complete liberty to submit any and all facts and law to the Jury, at least in so far as they saw fit.

No complaint was made by Plaintiff that Plaintiff did not recieve a fair trial. From the admissions made by Mr. Morgan the path of duty was made direct and clear for the Jury. Their Verdict could not reasonably have been otherwise. Justice was rendered completely and without denial, promptly and without delay, freely and without purchase, conformable to the laws in this Court on December 7,1968.

BY THE COURT

December 9,1968

MARTIN V. MAHONEY
JUSTICE OF THE PEACE
CREDIT RIVER TOWNSHIP
SCOTT COUNTY, MINNESOTA

Note: It has never been doubted that a Note given on a Consideration which is prohibited by law is void. It has been determined, independent of Acts of Congress, that sailing under the license of an enemy is illegal. The emmission of Bills of Credit upon the books of these private Corporations, for the purposes of private gain is not warranted by the Constitution of the United States and is unlawful. See Craig v. Mo. 4 Peters Reports 912. This Court can tread only that path which is marked out by duty. M.V.M.

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFF**

Robert Allan

**(b)** ~~County of Residence of First Listed Plaintiff~~ ______
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ~~Attorney's (Firm Name, Address, and Telephone Number)~~

Henry Franklin, c/o General Delivery, Rural Hall Post Office, Robert Allan

**DEFENDANTS**

BLOWHARD BANK, N.A.;
Jacob Joseph LEW

County of Residence of First Listed Defendant UNKNOWN
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

RECEIVED MAY 20 2013 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Denizen of organic state ~~Citizen of Another State~~ | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation UN Charter Law | ☐ 6 | ☒ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
☐ 110 Insurance; ☐ 120 Marine; ☐ 130 Miller Act; ☐ 140 Negotiable Instrument; ☐ 150 Recovery of Overpayment & Enforcement of Judgment; ☐ 151 Medicare Act; ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans); ☐ 153 Recovery of Overpayment of Veteran's Benefits; ☐ 160 Stockholders' Suits; ☒ 190 Other Contract; ☐ 195 Contract Product Liability; ☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation; ☐ 220 Foreclosure; ☐ 230 Rent Lease & Ejectment; ☐ 240 Torts to Land; ☐ 245 Tort Product Liability; ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY: ☐ 310 Airplane; ☐ 315 Airplane Product Liability; ☐ 320 Assault, Libel & Slander; ☐ 330 Federal Employers' Liability; ☐ 340 Marine; ☐ 345 Marine Product Liability; ☐ 350 Motor Vehicle; ☐ 355 Motor Vehicle Product Liability; ☐ 360 Other Personal Injury

PERSONAL INJURY: ☐ 362 Personal Injury - Med. Malpractice; ☐ 365 Personal Injury - Product Liability; ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY: ☐ 370 Other Fraud; ☐ 371 Truth in Lending; ☐ 380 Other Personal Property Damage; ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting; ☐ 442 Employment; ☐ 443 Housing/ Accommodations; ☐ 444 Welfare; ☐ 445 Amer. w/Disabilities - Employment; ☐ 446 Amer. w/Disabilities - Other; ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence; Habeas Corpus: ☐ 530 General; ☐ 535 Death Penalty; ☐ 540 Mandamus & Other; ☐ 550 Civil Rights; ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture; ☐ 620 Other Food & Drug; ☐ 625 Drug Related Seizure of Property 21 USC 881; ☐ 630 Liquor Laws; ☐ 640 R.R. & Truck; ☐ 650 Airline Regs.; ☐ 660 Occupational Safety/Health; ☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act; ☐ 720 Labor/Mgmt. Relations; ☐ 730 Labor/Mgmt.Reporting & Disclosure Act; ☐ 740 Railway Labor Act; ☐ 790 Other Labor Litigation; ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158; ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights; ☐ 830 Patent; ☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff); ☐ 862 Black Lung (923); ☐ 863 DIWC/DIWW (405(g)); ☐ 864 SSID Title XVI; ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant); ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reapportionment; ☐ 410 Antitrust; ☐ 430 Banks and Banking; ☐ 450 Commerce; ☐ 460 Deportation; ☐ 470 Racketeer Influenced and Corrupt Organizations; ☐ 480 Consumer Credit; ☐ 490 Cable/Sat TV; ☐ 810 Selective Service; ☐ 850 Securities/Commodities/ Exchange; ☐ 875 Customer Challenge 12 USC 3410; ☐ 890 Other Statutory Actions; ☐ 891 Agricultural Acts; ☐ 892 Economic Stabilization Act; ☐ 893 Environmental Matters; ☐ 894 Energy Allocation Act; ☐ 895 Freedom of Information Act; ☐ 900 Appeal of Fee Determination Under Equal Access to Justice; ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding (Counterclaim on false claim) ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
Counterclaim upon false claim; Diversity of Citizenship 28 U.S.C. §§1331, 1333

Brief description of cause:

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23 **DEMAND $** Injunctive Relief CHECK YES only if demanded in complaint: **JURY DEMAND:** ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ______ DOCKET NUMBER ______

DATE
20 May 2013

Clerk, Make no changes. Robert Allan is not Pro Se.

~~SIGNATURE OF ATTORNEY OF RECORD~~
[signature]

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______