IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2013 JUN 21  PM 3:23

DEPUTY CLERK_____

ROBERT ALLAN
Plaintiff

vs.

JACOB JOSEPH LEW
Defendant

Case Number: 3-13CV1896-P

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## AFFIDAVIT OF SERVICE

The undersigned hereby certifies as follows:

1.  That I am a competent private person over eighteen (18) years of age and not a party to the above action.

2.  That I served upon **Aaron Wedge, Mail Room Clerk, who acknowledged that he is authorized to accept on behalf of JACOB JOSEPH LEW** (Description: Sex: **M**, Race: **african-american**, Height: **6ft 1in - 6ft 6in**, Weight: **201 - 250** lbs., Approximate Age: **40 - 44**) on **5/29/2013**, at **3:18 PM**, at 1500 Pennsylvania Ave NE, Washington, DC 20220, by leaving with **Aaron Wedge, Mail Room Clerk, who acknowledged that he is authorized to accept on behalf of JACOB JOSEPH LEW** a copy of the following:

*Summons, Libel of Review (Common Law Counterclaim In Admiralty, Notice of Lis Pendens, Verified Statement of Right)*

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

Kevin Dillard
**Monumental Process Servers, Inc.**
823 Martin Luther King, Jr., Blvd.
Baltimore, MD 21201
[410] 523-4980

Subscribed and sworn to before me, a Notary Public for the District of Columbia, this ___11th___ day of June, 2013.

Rosanna Settles
Rosanna Settles
My Commission Expires: 10/31/2016

# SUMMONS IN A CIVIL ACTION

United States District Court
for the
Northern District of Texas

Civil Action File No.

Robert Allan }
}
*Plaintiff*, }
} SUMMONS
}
v. }
}
Jacob Joseph LEW }
}
Defendant. }

# 3-13 CV 1896-P

To the above named Defendant(s):   Jacob Joseph LEW; 1500 Pennsylvania Avenue NE; city of Washington, District of Columbia; [20220]

You are hereby summoned and required to serve upon

Robert Allan
P.O. Box 211104
Bedford, Texas. [76095]

AND FILE WITH THE CLERK OF THE COURT
an answer to the complaint which is herewith served upon you, within 21 days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Karen Mitchell - Clerk

_____
Deputy Clerk

(Seal of Court)

Date:   **MAY 2 0 2013**

Clerk, U.S. District Court for the Northern District of Texas; 1100 Commerce St., Room 1452; Dallas, Texas 75242

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure