ROBERT ALLAN

V.

JOSEPH LEW

3-13CV1896-P

[Filed stamp: U.S. DISTRICT COURT NORTHERN DIST. OF TX FILED 2013 DEC 5 PM 1:0_ DEPUTY CLERK]

[signature]

P.O. BOX 211104
BEDFORD TX
76095

REFUSAL FOR CAUSE DOCUMENT
SERIAL # 969628913

| Form 668 (Y)(c) (Rev. February 2004) | 3592 | Department of the Treasury - Internal Revenue Service |
|---|---|---|
| | | **Notice of Federal Tax Lien** |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | Serial Number 969628913 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer BERNADETTE D CONLON

Residence 3425 SCENIC HILLS DR
BEDFORD, TX 76021-2821

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2009 | XXX-XX-9313 | 07/01/2013 | 07/31/2023 | 32356.76 |

REFUSED FOR CAUSE 3·13CV1896-P

Place of Filing
TARRANT COUNTY
FORT WORTH, TX, TX 76196

Total $ 32356.76

This notice was prepared and signed at  NASHVILLE, TN , on this,

the   18th   day of   November  , 2013 .

Signature
for V. C. SANDLES

Title
REVENUE OFFICER
(972) 308-7844

25-03-3436

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

MARY LOUISE GARCIA

COUNTY CLERK



100 West Weatherford   Fort Worth, TX  76196-0401

PHONE (817) 884-1195

INTERNAL REVENUE SERVICE
PO BOX 145595
CINCINNATI, OH 45250-5595

Submitter:   INTERNAL REVENUE SERVICE
             -KC99

## DO NOT DESTROY
## WARNING - THIS IS PART OF THE OFFICIAL RECORD.

| Filed For Registration: | 11/25/2013 11:51 AM | | | |
|---|---|---|---|---|
| Instrument #: | D213301732 | | | |
| | FTL | 2 | PGS | $21.00 |

By: _Mary Louise Garcia_

D213301732

ANY PROVISION WHICH RESTRICTS THE SALE, RENTAL OR USE OF THE DESCRIBED REAL PROPERTY
BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.