ORIG... 

In the United States District Court for
the Northern District of Texas

|  |  |  |
|---|---|---|
| Robert Allan | } } } } | **Libel of Review** |
|  | } | - common law counterclaim in admiralty - |
|  | } | - notice lis pendens - |
| v | } | -verified statement of right - |
|  | } |  |
|  | } | Re: God-given unalienable rights in the original |
| Jacob Joseph LEW | } | estate - Article III; Constitution |
|  | } |  |
|  | } | CASE # - 3-13CV1896 - P |

## 2nd MOTION for CRIMINAL COMPLAINT AUTHORIZATION

Claimant respectfully submits this 2nd motion to compel this honorable court to authorize the criminal complaint against Joseph A. Pitzinger, U.S. DOJ, Tax Division, S.W. Section, with evidence of a fraudulent amended affidavit of service with supporting email threads attached, coercing Monumental Process Servers, Inc. to change their original affidavit of service testimony after Jacob Joseph LEW had already defaulted in this instant case.

In the document filed on January 9, 2013 and identified as document #20 in this instant case, alleged violator Joseph A. Pitzinger makes a number of claims that are not true, have been fabricated and, claimant alleges, were compelled.testimony forced upon the process server, Monumental Process Servers, Inc.

    1. **Alleged violator Joseph A Pitzinger** tried to establish that Jacob Joseph LEW is his client, and that LEW is mistakenly being sued in an individual capacity as a United States Department of Treasury official.  Pitzinger concocted an elaborate scheme through an intimidating email thread generated by Pitzinger, and aimed it at a licensed service processor to try to get the service processor to testify, through the amended affidavit, that LEW was sued as an individual and as such, was not eligible to be served.  This in turn is used by Pitzinger as a basis for his motion for dismissal of the instant case.  There is however, no 'mistaken impresssion' that LEW is served in his individual capacity.  This

simply not possible since LEW was sued in his capacity as U. S. Governor to the International Monetary Fund, as is clearly stated on page 2 in the Libel of Review filed on May 20th, 2013.

2. **LEW is being sued as a United States Governor to the IMF.** As stated in the Libel of Review, and since LEW is being sued in this case as a United States Governor to the International Monetary Fund (IMF), and since the Board of Governors is the highest political subdivision structure of the IMF, and since the United States is the biggest contributor to the IMF using taxpayer dollars, it is proper that this Libel of Review be controlled under **Rule 4 (j) Serving a Foreign, State, or Local Government.**

3 . **United States not a party**. the United States is not a party to this Libel of Review.

4 . **Summons delivered and accepted**. . Process of Service to a political subdivision was delivered and accepted under 28 U.S.C. §1608 (b) (2), as required under **Rule 4 (j).**

5. **Service made under 28 U.S.C. §1608 (c)** Service shall be deemed to have been made—
   (1) in the case of service under subsection (a)(4), as of the date of transmittal indicated in the certified copy of the diplomatic note; and
   (2) in any other case under this section, as of the date of receipt indicated in the certification, signed and returned postal receipt, or other proof of service applicable to the method of service employed.

6. Jacob Joseph LEW defaulted under **28 U.S.C. §1608 (d)**.

A quick review of the conditions that gave rise to the motion for criminal complaint authorization.

During the month of July, 2013, in an email dated July 1st 2013 Joseph A. Pitzinger initiated contact with Monumental Process Servers, Inc through a phone call, as indicated in the email, followed by a final instruction to **"change your affidavit."**

After a back and forth of email exchanges, on July 2nd at 4:56 p.m. Joseph A. Pitzinger once again demands that Monumental change their testimony and even constructs the testimony for Monumental by stating in the email, **"I believe you should change your affidavit. I think you should also include that you have now been told that no one in the mail room has the authority to accept service except for actions against Treasury officers or employees being sued in their official capacity."**

Claimant alleges that Joseph A. Pitzinger of does not have the authority to represent Jacob Joseph LEW in this case as a Department of Justice attorney. Moreover, Joseph A. Pitzinger did tamper with the witness, Monumental Process Servers, Inc. and caused Monumental Process Servicers, Inc to fraudulently testify under oath, and then tendered into evidence the fraudulent amended affidavit of service as document 17-1, filed on December 16th, 2013 in this instant case.

Claimant prays that this honorable court will realize that claimant is not submitting this criminal complaint himself, but is only requesting that the Court initiate the process of filing the criminal complaint on his behalf. Claimant believes it is the courts' duty to recognize this fraud upon the court and the crimes committed against claimant, and authorize the attached criminal complaint.

Claimant also prays that this honorable court will not allow any testimony to be admitted by the alleged violator, Joseph A Pitzinger, as that would be "Fruit of the poisoned tree", except to be used as evidence of the crimes as stated in the criminal complaint previoiusly submitted.. Claimant does not recognize any DOJ "opposing attorney" in this case as the United States is not being sued and that Jacob Joseph LEW has already defaulted as the United States Governor to the IMF.

Respectfully submitted this 3rd day of January, 2014.    _____

Robert Allan [NOMEN] Conlon

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

2013 JUN 21 PM 3:23

CLERK US DISTRICT COURT
NORTHERN DIST OF TX
FILED

DEPUTY CLERK ___NT___

ROBERT ALLAN
Plaintiff

vs.

JACOB JOSEPH LEW
Defendant

Case Number: 3-13CV1896-P

## AFFIDAVIT OF SERVICE

The undersigned hereby certifies as follows:

1. That I am a competent private person over eighteen (18) years of age and not a party to the above action.

2. That I served upon **Aaron Wedge, Mail Room Clerk**, who acknowledged that he is authorized to accept on behalf of JACOB JOSEPH LEW (Description: Sex: M,. Race: african-american, Height: 6ft 1in - 6ft 6in, Weight: 201 - 250 lbs., Approximate Age: 40 - 44) on 5/29/2013, at 3:18 PM, at 1500 Pennsylvania Ave NE, Washington, DC 20220, by leaving with **Aaron Wedge, Mail Room Clerk, who acknowledged that he is authorized to accept on behalf of JACOB JOSEPH LEW** a copy of the following:

*Summons, Libel of Review (Common Law Counterclaim In Admiralty, Notice of Lis Pendens, Verified Statement of Right)*

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

Kevin Dillard
**Monumental Process Servers, Inc.**
825 Martin Luther King, Jr., Blvd.
Baltimore, MD 21201
[410] 523-4980

Subscribed and sworn to before me, a Notary Public for the District of Columbia, this ___11th___ day of June, 2013.

Rosanna Settles
My Commission Expires: 10/31/2016

Case 3:13-cv-01896-P   Document 17-1   Filed 12/16/13   Page 1 of 1   PageID 114

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

ROBERT ALLAN  
Plaintiff  

vs.   *   Case Number: 3-13CV1896-P

JACOB JOSEPH LEW  
Defendant

\* \* \* \* \* \* \* \* \* \* \*

## AMENDED AFFIDAVIT OF SERVICE

The undersigned hereby certifies as follows:

1. That I am a competent private person over eighteen (18) years of age and not a party to the above action.

2. That I served upon **Aaron Wedge, Mail Room Clerk, who acknowledged that he is authorized to accept on behalf of JACOB JOSEPH LEW, in his official capacity as the Secretary of the Treasury** (Description: Sex: M, Race: african-american, Height: 6ft 1in - 6ft 6in, Weight: 201 - 250 lbs., Approximate Age: 40 - 44) on 5/29/2013, at 3:18 PM, at 1500 Pennsylvania Ave NE, Washington, DC 20220, by leaving with **Aaron Wedge, Mail Room Clerk, who acknowledged that he is authorized to accept on behalf of JACOB JOSEPH LEW, in his official capacity as the Secretary of the Treasury** a copy of the following:

   *Summons, Libel of Review (Common Law Counterclaim In Admiralty, Notice of Lis Pendens, Verified Statement of Right)*

3. That personal service upon Jacob Joseph Lew, who is being sued individually, is not allowed at the above given address. That per mail room staff, no one at the given office is authorized to accept documents on behalf of any defendants being sued individually. That they are only authorized to accept service for actions against Treasury officers or employees being sued in their official capacity.

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

Kevin Dillard  
Monumental Process Servers, Inc.  
823 Martin Luther King, Jr., Blvd.  
Baltimore, MD 21201  
(410) 523-4980

Subscribed and sworn to before me, a Notary Public for the District of Columbia, this 9th day of July, 2013.

Rosanna Settles  
My Commission Expires: 10/31/2016

Government Exhibit 1

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>US Department of Justice<br><br>*Defendant(s)* | )<br>)<br>)   Case No.<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____7/25/13_____ in the county of _____Dallas_____ in the
__Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 §1512(b) | Tampering with a Witness. Aggravated by the witness being a professional process server. |
| Title 18 §505 | Monumental Process Services testifies that the DoJ is pretending to be "The Court". - Seals of courts; signatures of judges or court officers... |

This criminal complaint is based on these facts:
Email to Monumental Process Servers (attached) - DoJ pretending to be "The Court" and ordering Monumental to alter the Return of Service to a nondescriptive document without any specificity.

☑ Continued on the attached sheet.

*Complainant's signature*

Robert Allan [NOMEN] Coulton

*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

*Judge's signature*

City and state: _____

*Printed name and title*