IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT ALLAN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 3:13-cv-1896-P |
| JACOB JOSEPH LEW, | § § | |
| Defendant. | § | |

### ORDER

Now before the Court is Defendant's pending Motion to Dismiss, filed December 16, 2013. Doc. 17. Plaintiff has not filed a timely Response to Defendant's Motion. If Plaintiff does not file a Response within ten (10) days of the date of this Order, the Court will determine the Motion without a Response from Plaintiff.

**IT IS SO ORDERED.**

Signed this 13th day of March, 2014.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE