In the United States District Court for
the Northern District of Texas



CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2014 MAR 24 PM 1:33

_____
DEPUTY CLERK

|  |  |  |
|---|---|---|
| Robert Allan | } | **Libel of Review** |
|  | } | - common law counterclaim in admiralty - |
|  | } | - notice lis pendens - |
| v | } | -verified statement of right - |
|  | } |  |
|  | } | Re: God-given unalienable rights in the original |
| Jacob Joseph LEW | } | estate - Article III; Constitution |
|  | } |  |
|  | } | CASE # - 3-13CV1896 - P |

**MOTION to DENY U.S. GOVERNOR'S to the IMF MOTION TO DISMISS**

The Court should deny the Motion to Dismiss from the the defendant. It is incorrect to say that the only TITLE for Jacob Joseph LEW is Secretary of the US Treasury. The Secretary serves in a dual capacity. He also serves as an agent of a foreign principal as the US Governor for the International Monetary Fund and is therefore an agent of the United Nations. The Defendant's Motion to Dismiss fails to acknowledge this fact. It is evidenced by the attached exhibit from the U.S. Treasury website itself, therefore the Motion to Dismiss has no merit nor basis to be considered as a valid request by this honorable court. The executive branch argues against itself. The Capacity and Title that Jacob Joseph LEW is being sued in with this Libel of Review action is as stated in the complaint and as evidenced by the U.S. Treasury webpage pertaining to the International Monetary Fund (attached.)

Moreovever, the Criminal Complaint should be signed and enforced as the typical issuing party is GUILTY of Tampering with a Witness – Monumental Process Servers. It is noteworthy that the Tampering penalties have been beefed up in the Court Securities Improvement Act of 2007:

*SEC. 205. MODIFICATION OR TAMPERING WITH A WITNESS, VICTIM,*
*OR AN INFORMANT OFFENSE.*
*Section 1512 of title 18, United States Code, is amended—*
    *(1) in subsection (a)(3)—*
        *(A) by amending subparagraph (A) to read as follows:*
        *"(A) in the case of a killing, the punishment provided*
            *in sections 1111 and 1112;";*
        *(B) in the matter following clause (ii) of subparagraph*

   (B) *by striking "20 years" and inserting "30 years"; and*
   (C) *in subparagraph (C), by striking "10 years" and*
     *inserting "20 years";*
  (2) *in subsection (b), by striking "ten years" and inserting*
    *"20 years"; and*
  (3) *in subsection (d), by striking "one year" and inserting*
    *"3 years"...*

Respectfully submitted,

              _____
              Robert Allan [Nomen] Conlon

# U.S. DEPARTMENT OF THE TREASURY

# Resource Center

### International Monetary Fund

The Treasury Department leads the U.S. Government's engagement in the International Monetary Fund (IMF). The IMF is an organization of 188 member countries that works to foster global monetary cooperation, secure financial stability, facilitate international trade, promote high employment and sustainable economic growth, and reduce poverty around the world. The Secretary of the Treasury serves as the U.S. Governor to the IMF, and the U.S. Executive Director of the IMF is one of 24 directors who exercise voting rights over the strategic direction of the institution. The U.S. is the largest shareholder in the Fund. Meg Lundsager is currently the U.S. Executive Director.

### U.S. Votes on IMF Country Programs

Following are links to the U.S. vote records since 2004. They show the program country, amount, type of program, and the U.S. position on the program.

- 2013    2Q    3Q    4Q
- 2012    2Q    3Q    4Q
- 2011    2Q    3Q    4Q
- 2010    2Q    3Q    4Q
- 2009
- 2008
- 2007
- 2006
- 2005
- 2004

### Reports to Congress on IMF Activities

As requested, the Treasury Department provides Congress with reports on IMF activities and related issues. Following are links to reports on various topics.

- Legislative Mandate Reports:
    - 2013
    - 2012
    - 2011
    - 2010
    - 2008 and 2009
    - 2007
    - 2006
    - 2005
    - 2004
- Cost of Participation Reports:
    - FY2011 and FY2012
    - Q1-Q4 FY2010 and Q1 FY2011
    - Q1-Q4 FY2009 and Q1 FY2010
    - Q1-A4 FY2008 and Q1 FY2009
    - Q1-Q4 FY2007
    - Q4 FY2005 and Q1-Q4 FY2006
    - Q4 FY2004 and Q1-Q3 FY2005
    - Q1 2004
    - Q4 2002 and Q1 2003
    - Q2-Q4 2001
    - Q1 2001
    - Q4 2000
- Reports on IMF Foreign Exchange Surveillance:
    - 2009
    - 2008
- Report to Congress on IMF and World Bank Collaboration and IMF Accountability: July 2009
- Social Expenditure Mandate Report for Senator Brown: July 2009
- Report to Congress on SDR Use -- August 2010
- Reports on IMF arrangements with certain countries
    - 2013 Annual Update
    - Jamaica
    - 2012 Annual Update
    - Greece
    - St Kitts & Nevis

### Article IV Consultation

- June 14, 2013
- June 29, 2011