IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT ALLAN | § |
| Plaintiff, | § |
| v. | §   3:13-CV-1896-P |
| JACOB JOSEPH LEW | § |
| Defendant. | § |

## FINAL JUDGMENT

Pursuant to the Court's Order of July 21, 2014, the Court issues judgment as follows:

1) Plaintiff's claims against Defendant are dismissed with prejudice; and

2) Costs against Plaintiff.


**IT IS SO ORDERED.**

Signed this 21st day of July, 2014.


_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE